UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, UBS SECURITIES, LLC, and JOHN DOES 1 THROUGH 10,<br><br>      Defendants. | Case No. 1:23-cv-10637-LLS |

### **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Clear Street Markets LLC state as follows:

  Clear Street Markets LLC is a wholly owned subsidiary of Clear Street LLC. No publicly held corporation has a 10% or greater ownership interest in Clear Street Markets LLC.

Dated: Boston, Massachusetts
    January 19, 2024

MORRISON & FOERSTER LLP

By: */s/ Anthony S. Fiotto*
  Anthony S. Fiotto
  200 Clarendon Street
  Boston, MA 02116
  Telephone: (617) 648-4774
  Facsimile: (617) 830-0142
  Email: AFiotto@mofo.com

  Eric D. Lawson
  250 West 55th Street
  New York, NY 10019
  Telephone: (212) 336-4067
  Facsimile: (212) 468-7900
  Email: ELawson@mofo.com

  *Counsel for Defendant*
  *Clear Street Markets LLC*