UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, UBS SECURITIES LLC, and JOHN DOES 1 THROUGH 10,<br><br>　　　　　　　　　Defendants. | No. 1:23-cv-10637 (LLS) |

**DEFENDANTS' JOINT NOTICE OF MOTION
TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that Defendants IMC Financial Markets, Clear Street Markets LLC, and UBS Securities LLC (together, the "Defendants"), upon the Complaint filed by Plaintiff Mullen Automotive, Inc. in the above-captioned proceeding and the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Complaint for Failure to State a Claim, and any other arguments or materials that the Court may consider before this motion is taken under submission by the Court, will jointly move this Court, by and through their undersigned counsel, before the Honorable Louis L. Stanton, United States District Court Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on such date that the Court will determine, for an Order, (i) pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, dismissing with prejudice the Complaint (ECF No. 1) filed by Plaintiff in the above-captioned proceeding; and (ii) granting all such other and further relief as this Court may deem just and proper.

Dated: March 11, 2024
       New York, New York

| | |
|---|---|
| **CAHILL GORDON & REINDEL LLP** | **PAUL HASTINGS LLP** |
| By: /s/ Herbert S. Washer | By: /s/ Jennifer L. Conn |
|     Herbert S. Washer |     Jennifer L. Conn |
|     Tammy L. Roy |     Robert A. Silverstein |
|     32 Old Slip |     200 Park Avenue |
|     New York, NY 10005 |     New York, NY 10166 |
|     Telephone: (212) 701-3000 |     Telephone: (212) 318-6004 |
|     Facsimile: (212) 269-5420 |     Facsimile: (212) 319-7004 |
|     hwasher@cahill.com |     jenniferconn@paulhastings.com |
|     troy@cahill.com |     robertsilverstein@paulhastings.com |
| *Attorneys for UBS Securities LLC* |     Ryan P. Phair |
| |     2050 M Street NW |
| **MORRISON & FOERSTER LLP** |     Washington, DC 20036 |
| |     Telephone: (202) 551-1751 |
| By: /s/ Anthony S. Fiotto |     Facsimile: (202) 551-0251 |
|     Anthony S. Fiotto |     ryanphair@paulhastings.com |
|     200 Clarendon Street | |
|     Boston, MA 02116 | *Attorneys for IMC Financial Markets* |
|     Telephone: (617) 648-4774 | |
|     Facsimile: (617) 830-0142 | |
|     afiotto@mofo.com | |
| | |
|     Eric D. Lawson | |
|     250 West 55th Street | |
|     New York, NY 10019 | |
|     Telephone: (212) 336-4067 | |
|     Facsimile: (212) 468-7900 | |
|     elawson@mofo.com | |
| *Attorneys for Clear Street Markets LLC* | |