UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC., HYON CHA, and SHAYAN KHORRAMI,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, CLEAR STREET LLC, UBS SECURITIES LLC, and JOHN DOES 1 THROUGH 10,<br><br>                    Defendants. | No. 1:23-cv-10637 (LLS) |

**DEFENDANTS' JOINT NOTICE OF MOTION
TO DISMISS THE FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that Defendants IMC Financial Markets, Clear Street Markets LLC, Clear Street LLC, and UBS Securities LLC (together, the "Defendants"), upon the First Amended Complaint filed by Plaintiffs Mullen Automotive, Inc., Hyon Cha, and Shayan Khorrami, in the above-captioned proceeding and the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the First Amended Complaint for Failure to State a Claim ("Defendants' Joint Motion to Dismiss"), the Declaration of Tammy L. Roy in support of Defendants' Joint Motion to Dismiss, and any other arguments or materials that the Court may consider before this motion is taken under submission by the Court, will jointly move this Court, by and through their undersigned counsel, before the Honorable Louis L. Stanton, United States District Court Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on such date that the Court will determine, for an Order, (i) pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, dismissing with prejudice the First Amended Complaint (ECF No. 29) filed by Plaintiffs in the above-

captioned proceeding; and (ii) granting all such other and further relief as this Court may deem just and proper.

Dated: May 1, 2024
       New York, New York

**CAHILL GORDON & REINDEL LLP**

By: /s/ Herbert S. Washer
    Herbert S. Washer
    Tammy L. Roy
    32 Old Slip
    New York, NY 10005
    Telephone: (212) 701-3000
    Facsimile: (212) 269-5420
    hwasher@cahill.com
    troy@cahill.com

*Attorneys for UBS Securities LLC*

**MORRISON & FOERSTER LLP**

By: /s/ Anthony S. Fiotto
    Anthony S. Fiotto
    Mitchell E. Feldman (*pro hac vice* forthcoming)
    200 Clarendon Street
    Boston, MA 02116
    Telephone: (617) 648-4774
    Facsimile: (617) 830-0142
    afiotto@mofo.com

    Eric D. Lawson
    250 West 55th Street
    New York, NY 10019
    Telephone: (212) 336-4067
    Facsimile: (212) 468-7900
    elawson@mofo.com

*Attorneys for Clear Street Markets LLC
and Clear Street LLC*

**PAUL HASTINGS LLP**

By: /s/ Jennifer L. Conn
    Jennifer L. Conn
    Robert A. Silverstein
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 318-6004
    Facsimile: (212) 319-7004
    jenniferconn@paulhastings.com
    robertsilverstein@paulhastings.com

    Ryan P. Phair
    2050 M Street NW
    Washington, DC 20036
    Telephone: (202) 551-1751
    Facsimile: (202) 551-0251
    ryanphair@paulhastings.com

*Attorneys for IMC Financial Markets*