UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC., HYON CHA, and SHAYAN KOHRRAMI,<br><br>   Plaintiffs,<br><br>  v.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, CLEAR STREET LLC, UBS SECURITIES, LLC, and JOHN DOES 1 through 10,<br><br>   Defendants. | Case No. 1:23-cv-10637<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Stephen W. Tountas of Kasowitz Benson Torres LLP, who is admitted to practice in this Court, hereby enters an appearance in the above-captioned matter as counsel for Plaintiff Mullen Automotive, Inc.

Dated: New York, New York
   June 12, 2024

                  KASOWITZ BENSON TORRES LLP

                  By: *Stephen W. Tountas*
                     Stephen W. Tountas
                     Kasowitz Benson Torres LLP
                     1633 Broadway
                     New York, New York 10019
                     Telephone: (212) 506-1700
                     Facsimile: (212) 506-1800
                     STountas@kasowitz.com

                  *Attorneys for Plaintiff Mullen Automotive, Inc.*