UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC., HYON CHA, and SHAYAN KOHRRAMI,<br><br>    Plaintiffs,<br><br>v.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, CLEAR STREET LLC, UBS SECURITIES, LLC, and JOHN DOES 1 through 10,<br><br>    Defendants. | Case No. 1:23-cv-10637<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Andrew L. Schwartz of Kasowitz Benson Torres LLP, who is admitted to practice in this Court, hereby enters an appearance in the above-captioned matter as counsel for Plaintiff Mullen Automotive, Inc.

Dated: New York, New York
       June 12, 2024

                                                  KASOWITZ BENSON TORRES LLP

                                                  By:  *Andrew L. Schwartz*
                                                       Andrew L. Schwartz
                                                       Kasowitz Benson Torres LLP
                                                       1633 Broadway
                                                       New York, New York 10019
                                                       Telephone: (212) 506-1700
                                                       Facsimile: (212) 506-1800
                                                       ASchwartz@kasowitz.com

                                                       *Attorneys for Plaintiff Mullen Automotive, Inc.*