UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC., HYON CHA, and SHAYAN KOHRRAMI,<br><br>   Plaintiffs,<br><br>   v.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, CLEAR STREET LLC, UBS SECURITIES, LLC, and JOHN DOES 1 through 10,<br><br>   Defendants. | Case No. 1:23-cv-10637<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Andrew W. Breland of Kasowitz Benson Torres LLP, who is admitted to practice in this Court, hereby enters an appearance in the above-captioned matter as counsel for Plaintiff Mullen Automotive, Inc.

Dated: New York, New York
   June 12, 2024

                     KASOWITZ BENSON TORRES LLP

                     By: _Andrew W. Breland_
                        Andrew W. Breland
                        Kasowitz Benson Torres LLP
                        1633 Broadway
                        New York, New York 10019
                        Telephone: (212) 506-1700
                        Facsimile: (212) 506-1800
                        ABreland@kasowitz.com

                        *Attorneys for Plaintiff Mullen Automotive, Inc.*