ORIGINAL

# KASOWITZ BENSON TORRES LLP

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STountas@kasowitz.com

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

MEMO ENDORSED

June 14, 2024

**VIA ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/24

Re:   *Mullen Automotive, Inc. v. IMC Financial Markets*, et al.,
       **Case No. 1:23-cv-10637-LLS**

Dear Judge Stanton:

We represent Plaintiff Mullen Automotive, Inc. ("Mullen") and write to respectfully request an extension of Plaintiffs' time to file an opposition to Defendants' pending Motion to Dismiss the First Amended Complaint [ECF No. 37] (the "Motion") from June 17, 2024 to August 2, 2024. Defendants consent to this request.

Our firm was recently retained to take over as lead counsel for Mullen and filed notices of appearance on Wednesday, June 12, 2024. *See* ECF Nos. 51-53. We also expect to be retained to represent the individual Plaintiffs (Hyon Cha and Shayan Khorrani) next week. The additional time will allow our firm to review the pending motion and adequately to respond to the arguments therein.

Accordingly, we respectfully request that Plaintiffs' time to respond to the Motion be extended to August 2, 2024. We thank the Court for its attention to this matter.

Respectfully,

Stephen W. Tountas

So
Ordered
Louis L.
Stanton
6/14/24

cc:  All counsel of record (via ECF)