UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC., HYON CHA, and SHAYAN KHORRAMI,<br><br>Plaintiffs,<br><br>- against -<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, UBS SECURITIES, LLC, and John Does 1 THROUGH 10,<br><br>Defendants. | Case No. 1:23-cv-10637 Hon. Louis L. Stanton<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the annexed Declaration of James W. Christian, and upon the accompanying memorandum of law, ChristianAttar, attorneys for plaintiffs Mullen Automotive, Inc., Hyon Cha, and Shayan Khorrami (the "Plaintiffs"), will move this Court before the Honorable Louis L. Stanton, United States District Judge, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time determined by the Court for an order, pursuant to Local Civil Rule 1.4, relieving ChristianAttar as attorneys of record for Plaintiffs, with the Court retaining jurisdiction over James W. Christian for the limited purpose of the pending Rule 11 motion.

PLEASE TAKE FURTHER NOTICE that pursuant to the local rules of this Court, answering papers, if any, are required to be served upon the undersigned within fourteen (14) business days after the service of this motion.

1

Dated: New York, New York
July 17, 2024

                                                Respectfully submitted,

By: _____

James W. Christian
ChristianAttar
1177 West Loop South, Suite 1700
Houston, Texas 77027
Tel: (713) 659-7616
Fax: (713) 659-7641

Attorney for Plaintiffs

2