

1(212) 318-6004
jenniferconn@paulhastings.com

August 23, 2024

**VIA ECF**

Hon. Louis L. Stanton
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re:**   *Mullen Automotive, Inc., et al. v. IMC Financial Markets, et al.*, **No. 1:23-cv-10637 (LLS)**

Dear Judge Stanton:

We represent Defendant IMC Financial Markets ("IMC") in the above-captioned action. We write on behalf of IMC and the other named defendants in this action, Clear Street Markets LLC, Clear Street LLC, and UBS Securities LLC (together with IMC, "Defendants"). Pursuant to Rule 2.E of the Court's Individual Practices, Defendants respectfully request oral argument on their Motion to Dismiss the First Amended Complaint for Failure to State a Claim.

Thank you for your consideration.

Respectfully,

*/s/Jennifer L. Conn*

Jennifer L. Conn
of PAUL HASTINGS LLP


cc:      Counsel of Record