ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC., HYON CHA, and SHAYAN KOHRRAMI,<br><br>Plaintiffs,<br><br>v.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, CLEAR STREET LLC, UBS SECURITIES, LLC, and JOHN DOES 1 through 10,<br><br>Defendants. | Case No. 1:23-cv-10637 (LLS) |



[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE         LLS

Upon the reading and filing of the Motion to Withdraw Appearance for Andrew W. Breland, it is:

ORDERED, that, pursuant to Rule 1.4(b) of the Local Rules of the Southern District of New York, Andrew W. Breland is hereby permitted to withdraw as counsel of record for Plaintiffs;

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Andrew W. Breland as counsel of record for Plaintiffs;

ORDERED, that Andrew W. Breland shall be removed from all electronic and other service lists in the Court's records for this matter.

**IT IS SO ORDERED**.

Dated: March 24, 2025               _Louis L. Stanton_