UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC.,<br><br>                Plaintiff,<br><br>   vs.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, UBS SECURITIES LLC, and JOHN DOES 1 THROUGH 10,<br><br>                Defendants. | Docket No. 1:23-cv-10637 (LLS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Ivan Torres of Cahill Gordon & Reindel LLP, hereby enter my appearance as counsel for Defendant UBS Securities LLC in the above-captioned proceeding. I certify that I am admitted to practice in this Court. By filing this notice of appearance, Defendant does not waive, and specifically preserves, its rights to assert any and all defenses in the matter.

Dated: May 6, 2025

                                              Respectfully submitted,

                                              /s/Ivan Torres
                                              Ivan Torres
                                              **CAHILL GORDON & REINDEL LLP**
                                              32 Old Slip
                                              New York, New York 10005
                                              (212) 701-3000
                                              itorres@cahill.com