ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MULLEN AUTOMOTIVE, INC., HYON
CHA, and SHAYAN KHORRAMI

        Plaintiffs,

- against-

IMC FINANCIAL MARKETS, CLEAR
STREET MARKETS LLC, CLEAR STREET
LLC, UBS SECURITIES LLC and JOHN
DOES 1 THROUGH 10,

        Defendants.

Case No: 1:23-cv-10637 (LLS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/25

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND CAPTION
TO REFLECT NAME CHANGE**

Plaintiffs Mullen Automotive, Inc. (n/k/a Bollinger Innovations, Inc.), Hyon Cha, and Shayan Khorrami, by and through their undersigned counsel, hereby submit this motion to amend the case caption to reflect the name change of Plaintiff Mullen Automotive, Inc. Effective July 28, 2025, Mullen Automotive, Inc. changed its name to Bollinger Innovations, Inc. Plaintiffs have conferred with counsel for Defendants, who have stated they do not oppose this motion.

Accordingly, Plaintiffs respectfully request that the Court grant this motion to amend the case caption to reflect the correct name of Plaintiff Mullen Automotive, Inc. as Bollinger Innovations, Inc. f/k/a Mullen Automotive, Inc.

So Ordered.

Louis L. Stanton

Aug. 20, 2025

Dated:  New York, New York
        August 19, 2025

KASOWITZ LLP

By: */s/ Stephen W. Tountas*
    Stephen W. Tountas
    Andrew L. Schwartz
    Andrew C. Bernstein
    William W. Taub
    Daniel M. Furey
    1633 Broadway
    New York, New York 10019
    Tel: (212) 506-1700
    stountas@kasowitz.com
    aschwartz@kasowitz.com
    abernstein@kasowitz.com
    wtaub@kasowitz.com
    dfurey@kasowitz.com

*Attorneys for Plaintiffs*