# EXHIBIT B

November 25, 2025

**VIA E-Mail**

Stephen W. Tountas
Andrew L. Schwartz
Andrew C. Bernstein
Kasowitz LLP
1633 Broadway
New York, NY 10019

      Re:    *Bollinger Innovations, Inc. et al.* v. *Clear Street Markets LLC et al.*

Dear Counsel:

      We write on behalf of all Defendants in the above-referenced matter to raise several issues with respect to the scope and pace of Plaintiffs' discovery in this matter. More than four months have passed since Defendants served their First Set of Requests to Plaintiffs for the Production of Documents ("Defendants' RFPs") on July 22, 2025. Yet, to date, Plaintiffs have not produced a single document.

      Without prejudice to Defendants' rights with respect to any of its Requests, Defendants request that Plaintiffs promptly produce all materials responsive to Defendants' Request No. 1, seeking "the trading data, analyses, and records, concerning the identification and/or calculation of the alleged impact of each of the Spoofing Episodes alleged in the First Amended Complaint, including Exhibits 1 through 4 of the First Amended Complaint." As Request No. 1 concerns the trading data, including the alleged Baiting Orders and Executing Purchases, on which Plaintiffs relied in drafting their Complaint, the immediate production of these materials should not pose any significant burden.

      In addition, we would like to meet and confer regarding Plaintiffs' Responses and Objections to Defendants' RFPs and the timeline for Plaintiffs' additional productions. Please provide us with your availability during the week of December 5, 2025.

Finally, we note that it has been several months since Plaintiffs served subpoenas to the DTCC and CAT, respectively on May 22, 2025 and July 14, 2025. Please confirm whether either entity has produced documents in response to these subpoenas and, if so, immediately produce copies of those materials.

        Sincerely,

/s/ Tammy L. Roy
Tammy L. Roy
*Counsel for UBS Securities LLC*

/s/ Eric D. Lawson
Eric D. Lawson
*Counsel for Clear Street Markets LLC (n/k/a Summit Securities Group LLC) and Clear Street LLC*

/s/ Jennifer L. Conn
Jennifer L. Conn
*Counsel for IMC Financial Markets*

cc:    Ryan Phair (ryanphair@paulhastings.com)
       Zachary Melvin (zacharymelvin@paulhastings.com)
       Elizabeth Parvis (elizabethparvis@paulhastings.com)
       Anthony Fiotto (afiotto@mofo.com)
       Julia Koch (jkoch@mofo.com)
       Ivan Torres (itorres@cahill.com)