# EXHIBIT C

| | |
|---|---|
| **From:** | Torres, Ivan <ITorres@cahill.com> |
| **Sent:** | Wednesday, December 10, 2025 6:47 PM |
| **To:** | 'Andrew C. Bernstein'; Stephen W. Tountas; Andrew L. Schwartz; William Wolfe Taub; Daniel M. Furey |
| **Cc:** | Conn, Jennifer; Roy, Tammy; Lawson, Eric; Melvin, Zachary; Fiotto, Anthony S.; Phair, Ryan; Koch, Julia; Haider, Syeda; Parvis, Elizabeth |
| **Subject:** | RE: Mullen: Defendants First RFPs and Rogs |

**External Email**

Counsel:

We can confirm that each Defendant is party to one or more agreements that covers their ability to receive Nasdaq ITCH data. Accordingly, please provide us with a date certain this year by which Plaintiffs will produce documents responsive to Defendants' RFP No. 1.

We also again request Plaintiffs' availability this week or early next week for a meet and confer regarding Plaintiffs' R&Os to Defendants RFPs. We do not agree with your position that Defendants are required to provide a list of written concerns regarding Plaintiffs' R&Os in advance of a meet and confer. Nonetheless, at this initial meet and confer, we would like to discuss Plaintiffs' basis for refusing to produce any documents in response to RFPs 2, 3, 7, 8, 13, 18, 31, 32, 34, 37, 39, and 48.

Additionally, Defendants' November 25, 2025 letter requested that you confirm whether DTCC or CAT has produced documents in response to Plaintiffs' subpoenas to those entities, and for the prompt production of copies of any such materials. We have yet to receive a response to this request. Please either produce copies of any such materials produced in response to those subpoenas, or confirm that Plaintiffs have yet to receive such documents.

_____

**Ivan Torres | Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3104 | ITorres@cahill.com
www.cahill.com

**From:** Andrew C. Bernstein <ABernstein@kasowitz.com>
**Sent:** Friday, December 5, 2025 5:14 PM
**To:** Torres, Ivan <ITorres@cahill.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Wolfe Taub <WTaub@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>
**Cc:** Conn, Jennifer <jenniferconn@paulhastings.com>; Roy, Tammy <TRoy@Cahill.com>; Lawson, Eric <ELawson@mofo.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Phair, Ryan <ryanphair@paulhastings.com>; Koch, Julia <JKoch@mofo.com>; Haider, Syeda <SHaider@cahill.com>; Parvis, Elizabeth <elizabethparvis@paulhastings.com>
**Subject:** RE: Mullen: Defendants First RFPs and Rogs

1

Counsel:

We are in receipt of your letter and are happy to coordinate availability for meet-and-confers regarding RFPs. But we do not believe we have seen any written concerns with Plaintiffs' responses, which we would need in advance of any such conference. Please also let us know when we can expect formal trading and clearing productions from Clear Street.

To enable us to produce data promptly and in compliance with confidentiality obligations, could you please confirm that each of the Defendants is qualified to receive Nasdaq ITCH data and have entered into a Nasdaq Global Data Agreement or Subscriber Agreement?

---

**From:** Torres, Ivan <ITorres@cahill.com>
**Sent:** Thursday, December 4, 2025 5:48 PM
**To:** Andrew C. Bernstein <ABernstein@kasowitz.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Wolfe Taub <WTaub@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>
**Cc:** Conn, Jennifer <jenniferconn@paulhastings.com>; Roy, Tammy <TRoy@Cahill.com>; Lawson, Eric <ELawson@mofo.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Phair, Ryan <ryanphair@paulhastings.com>; Koch, Julia <JKoch@mofo.com>; Haider, Syeda <SHaider@cahill.com>; Parvis, Elizabeth <elizabethparvis@paulhastings.com>
**Subject:** RE: Mullen: Defendants First RFPs and Rogs

Counsel:

We have yet to receive a response to the letter we sent last Tuesday, including our request that you provide us with Plaintiffs' availability this week to meet and confer regarding Defendants' RFPs.

By end of day tomorrow, please provide us with times on December 8-10 during which Plaintiffs are available to meet and confer on our RFPs and a date certain by which Plaintiffs will produce documents responsive to Defendants' Request No. 1 concerning, *inter alia*, the alleged Baiting Orders and Executing Purchases on which Plaintiffs relied in drafting their Complaint. As stated in our letter, this data should be readily available and its production should not be burdensome. To the extent Plaintiffs are unable to commit to producing this data in short order, and by year-end, Defendants are prepared to move to compel on this issue.

Ivan

---

**Ivan Torres | Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3104 | ITorres@cahill.com
www.cahill.com

**From:** Torres, Ivan <ITorres@cahill.com>
**Sent:** Tuesday, November 25, 2025 5:31 PM
**To:** 'Andrew C. Bernstein' <ABernstein@kasowitz.com>; Lawson, Eric <ELawson@mofo.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Wolfe Taub <WTaub@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>

2

**Cc:** Conn, Jennifer <jenniferconn@paulhastings.com>; Roy, Tammy <TRoy@Cahill.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Phair, Ryan <ryanphair@paulhastings.com>; Koch, Julia <JKoch@mofo.com>; Haider, Syeda <SHaider@cahill.com>; Parvis, Elizabeth <elizabethparvis@paulhastings.com>
**Subject:** RE: Mullen: Defendants First RFPs and Rogs

Counsel:

Please see the attached correspondence on behalf of all Defendants.

Ivan

_____

**Ivan Torres | Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3104 | ITorres@cahill.com
www.cahill.com

**From:** Andrew C. Bernstein <ABernstein@kasowitz.com>
**Sent:** Tuesday, August 19, 2025 11:43 AM
**To:** Lawson, Eric <ELawson@mofo.com>; Torres, Ivan <ITorres@cahill.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Wolfe Taub <WTaub@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>
**Cc:** Conn, Jennifer <jenniferconn@paulhastings.com>; Roy, Tammy <TRoy@Cahill.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Phair, Ryan <ryanphair@paulhastings.com>; Koch, Julia <JKoch@mofo.com>; Haider, Syeda <SHaider@cahill.com>
**Subject:** RE: Mullen: Defendants First RFPs and Rogs

Thanks all.

**From:** Lawson, Eric <ELawson@mofo.com>
**Sent:** Tuesday, August 19, 2025 11:14 AM
**To:** Andrew C. Bernstein <ABernstein@kasowitz.com>; Torres, Ivan <ITorres@cahill.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Wolfe Taub <WTaub@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>
**Cc:** Conn, Jennifer <jenniferconn@paulhastings.com>; Roy, Tammy <TRoy@Cahill.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Phair, Ryan <ryanphair@paulhastings.com>; Koch, Julia <JKoch@mofo.com>; Haider, Syeda <SHaider@cahill.com>
**Subject:** RE: Mullen: Defendants First RFPs and Rogs

Andrew,

The defendants consent to this two-week extension.

Best,
Eric

**Eric Lawson**
Partner
elawson@mofo.com
T: +1 (212) 336-4067

3

Morrison Foerster
250 West 55th Street
New York, NY 10019-9601

**MORRISON FOERSTER**

mofo.com | LinkedIn

---

**From:** Andrew C. Bernstein <ABernstein@kasowitz.com>
**Sent:** Monday, August 18, 2025 5:35 PM
**To:** Torres, Ivan <ITorres@cahill.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Wolfe Taub <WTaub@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>
**Cc:** Lawson, Eric <ELawson@mofo.com>; Conn, Jennifer <jenniferconn@paulhastings.com>; Roy, Tammy <TRoy@Cahill.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Phair, Ryan <ryanphair@paulhastings.com>; Koch, Julia <JKoch@mofo.com>; Haider, Syeda <SHaider@cahill.com>
**Subject:** RE: Mullen: Defendants First RFPs and Rogs

**External Email**

---

Counsel –

In the interest of vacation schedules and the need to coordinate among the various plaintiffs during the summer, please let us know if you consent to a two-week extension of Plaintiffs' time to respond to Defendants' outstanding discovery requests.

Best,
Andrew


Andrew C. Bernstein
Kasowitz LLP
1633 Broadway
New York, NY 10019
Tel.   (212) 506-1973
Fax.  (212) 500-3533
ABernstein@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Torres, Ivan <ITorres@cahill.com>
**Sent:** Tuesday, July 22, 2025 7:32 PM
**To:** Stephen W. Tountas <STountas@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Wolfe Taub <WTaub@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>
**Cc:** Lawson, Eric <ELawson@mofo.com>; Conn, Jennifer <jenniferconn@paulhastings.com>; Roy, Tammy <TRoy@Cahill.com>; Melvin, Zachary <zacharymelvin@paulhastings.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Phair, Ryan <ryanphair@paulhastings.com>; Koch, Julia <JKoch@mofo.com>; Haider, Syeda <SHaider@cahill.com>
**Subject:** Mullen: Defendants First RFPs and Rogs

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Counsel:

Please see the attached first sets of RFPs and Rogs to plaintiffs.

Best,
Ivan

_____

**Ivan Torres | Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3104 | ITorres@cahill.com
www.cahill.com

* * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system.  Thank you.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

* * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have

received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.