# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STountas@kasowitz.com

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

January 14, 2026

**VIA ECF**

Hon. Louis L. Stanton
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Bollinger Innovations, Inc. v. IMC Financial Mkts. et al.*,
              No. 1:23-cv-10637 (S.D.N.Y.)

Dear Judge Stanton:

      I write on behalf of Plaintiffs Bollinger Innovations, Inc., Hyon Cha, and Shayan Khorrami in response to Defendants' request for a pre-motion conference seeking production of documents (Dkt. 94).

      Plaintiffs respectfully submit that a conference is premature, as Plaintiffs intend to produce non-privileged documents responsive to RFP 1, consistent with Plaintiffs' written response to the request. In furtherance of those efforts, next week, Plaintiffs intend to produce confidential third-party data (that Defendants have now confirmed they are able to receive). To the extent necessary, Plaintiffs can provide additional details or an update on the production by the end of next week.

      Plaintiffs note that not only has the deadline for production of documents not passed, but Defendant IMC Financial Markets has produced only eight documents in response to Plaintiffs' discovery requests (in October and November), Defendant UBS Securities LLC has produced just 75 documents (in October), and Defendants Clear Street LLC and Clear Street Markets LLC produced just two documents on December 22, 2025, after Defendants filed their instant letter.

KASOWITZ LLP
Hon. Louis L. Stanton
January 14, 2026
Page 2

        Respectfully,

        */s/ Stephen W. Tountas*

        Stephen W. Tountas