UNREGINAAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MULLEN AUTOMOTIVE, INC., HYON
CHA, and SHAYAN KHORRAMI,
Plaintiffs,

- against -

IMC FINANCIAL MARKETS, CLEAR
STREET MARKETS LLC, UBS
SECURITIES, LLC, and John Does 1
THROUGH 10,
Defendants.

Case No. 1:23-cv-10637

Hon. Louis L. Stanton

**NOTICE OF MOTION**

C SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2 | 3/26

PLEASE TAKE NOTICE that, upon the annexed Declaration of James W. Christian, and

upon the accompanying memorandum of law, James W. Christian and CHRISTIANATTAR,

attorneys for Plaintiffs Mullen Automotive, Inc., Hyon Cha, and Shayan Khorrami ("Plaintiffs"),

will move this Court before the Honorable Louis L. Stanton, United States District Judge,

United States District Court, Southern District of New York, 500 Pearl Street, New York, New

York 10007, on a date and time determined by the Court for an order, pursuant to Local Civil Rule

1.4, relieving James W. Christian and CHRISTIANATTAR as attorneys of record for Plaintiffs.

PLEASE TAKE FURTHER NOTICE that pursuant to the local rules of this Court,

answering papers, if any, are required to be served upon the undersigned within fourteen

(14) business days after the service of this motion.

*Granted*
*Louis L.*
*Stanton*
*2 | 3 | 26*

1

Dated: New York, New York
       January 21, 2026

Respectfully submitted,

James W. Christian
**CHRISTIANATTAR**
1177 West Loop South,
Suite 1700
Houston, Texas 77027
Tel: (713) 659-7616
Fax: (713) 659-7641
**ATTORNEY FOR PLAINTIFFS**

2