ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOLLINGER INNOVATIONS, INC. f/k/a
MULLEN AUTOMOTIVE, INC., HYON CHA,
and SHAYAN KHORRAMI,

                Plaintiffs,

  - against -

IMC FINANCIAL MARKETS, CLEAR STREET
MARKETS LLC, CLEAR STREET LLC, UBS
SECURITIES LLC, and JOHN DOES 1
THROUGH 10,

                Defendants.

23 Civ. 10637 (LLS)

ORDER

The deadline for substantial completion of document productions having passed, the parties are to submit a joint update on the status of discovery. Defendants' request for a pre-motion conference is denied, but may be renewed thereafter.

So Ordered.

Dated:   New York, New York
         February 26, 2026

                                    *Louis L. Stanton*
                                LOUIS L. STANTON
                                U.S.D.J.