UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOLLINGER INNOVATIONS, INC., HYON CHA, and SHAYAN KHORRAMI,<br><br>Plaintiffs,<br><br>vs.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, CLEAR STREET LLC, UBS SECURITIES LLC, and JOHN DOES 1 THROUGH 10,<br><br>Defendants. | No. 1:23-cv-10637 (LLS) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties to the above-captioned action, Bollinger Innovations, Inc. (f/k/a Mullen Automotive, Inc), Hyon Cha, and Shayan Khorrami, on the one hand, and IMC Financial Markets, Clear Street Markets LLC (n/k/a Summit Securities Group LLC), Clear Street LLC, and UBS Securities, LLC (each a "Party" and collectively the "Parties"), individually and by and through their respective counsel, hereby stipulate and agree that the above-captioned action, and all claims or causes of action that were or could have been asserted therein by any Party related to this action, are hereby dismissed with prejudice and without costs or fees to any Party. The Parties further agree and stipulate that all rights of appeal are waived, and that each Party waives any and all rights to seek or recover sanctions, penalties, or other relief of any kind, including as part of any review that may be conducted under 15 USC § 78u-4(c), in connection with this action or the claims, defenses, or allegations asserted herein. The Parties may execute this Stipulation of Dismissal with Prejudice in counterparts, each of which shall be deemed an original, and all of which taken together shall constitute one and the same instrument.

Dated: March 16, 2026
New York, New York

| | |
|---|---|
| **KASOWITZ LLP**<br><br>By: _____<br><br>Stephen W. Tountas<br>Andrew L. Schwartz<br>Andrew C. Bernstein<br>William W. Taub<br>Daniel M. Furey<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>stountas@kasowitz.com<br>aschwartz@kasowitz.com<br>abernstein@kasowitz.com<br>wtaub@kasowitz.com<br>dfurey@kasowitz.com<br><br>*Attorneys for Plaintiffs*<br><br>**MORRISON & FOERSTER LLP**<br><br>By: _____<br><br>Anthony S. Fiotto<br>Julia C. Koch<br>200 Clarendon Street<br>Boston, MA 02116<br>Telephone: (617) 648-4774<br>Facsimile: (617) 830-0142<br>afiotto@mofo.com<br>jkoch@mofo.com<br><br>Eric D. Lawson<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 336-4067<br>Facsimile: (212) 468-7900<br>elawson@mofo.com<br><br>*Attorneys for Defendants Clear Street Markets LLC (n/k/a Summit Securities Group LLC) and Clear Street LLC* | **PAUL HASTINGS LLP**<br><br>By: _____<br><br>Jennifer L. Conn<br>Zachary Melvin<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6004<br>Facsimile: (212) 319-7004<br>jenniferconn@paulhastings.com<br>zacharymelvin@paulhastings.com<br><br>Ryan P. Phair<br>Robert A. Silverstein<br>2050 M Street NW<br>Washington, DC 20036<br>Telephone: (202) 551-1751<br>Facsimile: (202) 551-0251<br>ryanphair@paulhastings.com<br>robertsilverstein@paulhastings.com<br><br>*Attorneys for Defendant IMC Financial Markets*<br><br>**CAHILL GORDON & REINDEL LLP**<br><br>By: _____<br><br>Herbert S. Washer<br>Tammy L. Roy<br>Ivan Torres<br>32 Old Slip<br>New York, NY 10005<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br>hwasher@cahill.com<br>troy@cahill.com<br>itorres@cahill.com<br><br>*Attorneys for Defendant UBS Securities LLC* |