**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOLLINGER INNOVATIONS, INC., HYON CHA, and SHAYAN KHORRAMI,<br><br>Plaintiffs,<br><br>vs.<br><br>IMC FINANCIAL MARKETS, CLEAR STREET MARKETS LLC, CLEAR STREET LLC, UBS SECURITIES LLC, and JOHN DOES 1 THROUGH 10,<br><br>Defendants. | No. 1:23-cv-10637 (LLS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties to the above-captioned action, Bollinger Innovations, Inc. (f/k/a Mullen Automotive, Inc), Hyon Cha, and Shayan Khorrami, on the one hand, and IMC Financial Markets, Clear Street Markets LLC (n/k/a Summit Securities Group LLC), Clear Street LLC, and UBS Securities, LLC (each a "Party" and collectively the "Parties"), individually and by and through their respective counsel, hereby stipulate and agree that the above-captioned action, and all claims or causes of action that were or could have been asserted therein by any Party related to this action, are hereby dismissed with prejudice and without costs or fees to any Party. The Parties further agree and stipulate that all rights of appeal are waived, and that each Party waives any and all rights to seek or recover sanctions, penalties, or other relief of any kind, including as part of any review that may be conducted under 15 USC § 78u-4(c), in connection with this action or the claims, defenses, or allegations asserted herein. The Parties may execute this Stipulation of Dismissal with Prejudice in counterparts, each of which shall be deemed an original, and all of which taken together shall constitute one and the same instrument.

Dated: March16, 2026
New York, New York

KASOWITZ LLP

By: _____

Stephen W. Tountas
Andrew L. Schwartz
Andrew C. Bernstein
William W. Taub
Daniel M. Furey
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
stountas@kasowitz.com
aschwartz@kasowitz.com
abernstein@kasowitz.com
wtaub@kasowitz.com
dfurey@kasowitz.com

*Attorneys for Plaintiffs*

MORRISON & FOERSTER LLP

By: _____

Anthony S. Fiotto
Julia C. Koch
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 648-4774
Facsimile: (617) 830-0142
afiotto@mofo.com
jkoch@mofo.com

Eric D. Lawson
250 West 55th Street
New York, NY 10019
Telephone: (212) 336-4067
Facsimile: (212) 468-7900
elawson@mofo.com

*Attorneys for Defendants Clear Street
Markets LLC (n/k/a Summit Securities
Group LLC) and Clear Street LLC*

PAUL HASTINGS LLP

By: _____

Jennifer L. Conn
Zachary Melvin
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6004
Facsimile: (212) 319-7004
jenniferconn@paulhastings.com
zacharymelvin@paulhastings.com

Ryan P. Phair
Robert A. Silverstein
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1751
Facsimile: (202) 551-0251
ryanphair@paulhastings.com
robertsilverstein@paulhastings.com

*Attorneys for Defendant IMC Financial
Markets*

CAHILL GORDON & REINDEL LLP

By: _____

Herbert S. Washer
Tammy L. Roy
Ivan Torres
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
hwasher@cahill.com
troy@cahill.com
itorres@cahill.com

*Attorneys for Defendant UBS Securities LLC*

- 2 -